UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 05849
   TERRY L TOTTEN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-5768

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 05/22/2006 and was confirmed 08/23/2006.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was dismissed after confirmation 08/08/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT OF REVENUE | PRIORITY | 348.76 | .00 | 348.76 |
| CAMCO INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1616.47 | .00 | 96.47 |
| CAPITAL ONE | UNSECURED | 789.72 | .00 | 47.13 |
| CITY OF CHICAGO REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 10365.00 | .00 | 618.59 |
| GOODWIN BRYAN & SCHILL L | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS TRUST & SAVINGS | UNSECURED | NOT FILED | .00 | .00 |
| DEBT MANAGEMENT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 1196.54 | .00 | 71.41 |
| NCM TRUST | UNSECURED | 1452.19 | .00 | 86.67 |
| ILLINOIS DEPT OF REVENUE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS SECRETARY OF ST | UNSECURED | NOT FILED | .00 | .00 |
| EDDIE BAUER | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS & LIGHT | UNSECURED | NOT FILED | .00 | .00 |
| CBUSASEARS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | NOTICE ONLY | NOT FILED | .00 | .00 |
| EDDIE BAUER | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH FAC | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF TREASUR | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 411.32 | .00 | 24.55 |
| CAM CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| US RAILROAD RETIREMENT B | UNSECURED | 2622.80 | .00 | 156.53 |
| ZALUTSKY & PINSKI LTD | DEBTOR ATTY | 2,717.00 | | 2,354.00 |
| TOM VAUGHN | TRUSTEE | | | 195.89 |
| DEBTOR REFUND | REFUND | | | .00 |

    Summary of Receipts and Disbursements:

--------------------------------------------------------------------------

PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 06 B 05849 TERRY L TOTTEN

|                        | RECEIPTS  | DISBURSEMENTS |
|------------------------|-----------|---------------|
| TRUSTEE                | 4,000.00  |               |
|                        |           |               |
| PRIORITY               |           | 348.76        |
| SECURED                |           | .00           |
| UNSECURED              |           | 1,101.35      |
| ADMINISTRATIVE         |           | 2,354.00      |
| TRUSTEE COMPENSATION   |           | 195.89        |
| DEBTOR REFUND          |           | .00           |
| TOTALS                 | 4,000.00  | 4,000.00      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE